```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANKIE LIPSETT,

                Plaintiff,

     - against -

BANCO POPULAR NORTH AMERICA d/b/a
POPULAR COMMUNITY BANK,

                Defendant.

**22 Civ. 3901 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    By August 9, 2022, Plaintiff Frankie Lipsett is directed to respond to the letter from defendant Banco Popular North America, (see Dkt. No. 7), regarding a proposed motion to compel arbitration.

**SO ORDERED.**

Dated:    August 4, 2022
           New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.