```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE LIPSETT,

                      Plaintiff,

    - against -

BANCO POPULAR NORTH AMERICA,

                      Defendant.

22 Civ. 3901 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant's, Banco Popular N.A. d/b/a Popular Bank, unopposed request to seal the document filed at Dkt. No. 21-2 is **GRANTED** for the reasons stated in Popular Bank's motion (Dkt. No. 35). The Clerk of the Court is respectfully directed to restrict the viewing level for Dkt. No. 21-2 to the Court and the parties to this action. Popular Bank is respectfully directed to file the redacted version of the document on the docket.

**SO ORDERED.**

Dated:    16 May 2023
            New York, New York

                                              _____
                                                  Victor Marrero
                                                      U.S.D.J.