```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE LIPSETT,

                              Plaintiff,

-against-

BANCO POPULAR NORTH AMERICA,

                              Defendant.

22-CV-03901 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all dates and deadlines shall remain in effect notwithstanding the case's reassignment.

    It is hereby ORDERED that Defendant shall answer or otherwise respond to the Complaint within 21 days of this order.

    It is further ORDERED that counsel for all parties shall appear for an Initial Pretrial Conference scheduled for **Tuesday, April 16, 2024, at 9:30 a.m.** The Initial Pretrial Conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The parties are hereby ORDERED to file on ECF a joint letter and proposed Civil Case Management Plan and Scheduling Order in accordance with Rule II(A)(5) of the Court's Individual Rules no later than **April 9, 2024**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

    In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: March 6, 2024
       New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge