USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/19/2024

# REESE LLP

March 19, 2024

Honorable Margaret M. Garnett
United States Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. All dates and deadlines, including the Initial Pretrial Conference, are hereby adjourned *sine die*. The parties shall file a joint letter on the status of mediation no later than **May 9, 2024**.
>
> The Clerk of Court is respectfully directed to terminate Dkt. No. 42.
>
> SO ORDERED. Date: 3/19/2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re:  *Lipsett v. Banco Popular North America*
     Case No. 22-cv-03901-MMG

Dear Judge Garnett,

My firm, along with co-counsel, represent the plaintiff and proposed class in the above-referenced action. Counsel for the defendant has reviewed this letter and agrees to the relief requested in this letter.

I submit this letter pursuant to section I.B.5 of your Honor's Individual Rules and Practices to request an adjournment of the case management conference recently set for April 16, 2024 before Your Honor. *See* ECF No. 39.

I make this request for two reasons.

First, the undersigned counsel has a scheduling conflict that day.

Second, the Parties have agreed to mediate the matter, and will do so on May 2, 2024 in San Juan, Puerto Rico before the Honorable Jose Fusté (Ret.). The Parties would like to focus their efforts on the mediation, and preserve the resources of the Court, and, accordingly, request that the case management conference be adjourned until at least 14 days after the mediation date.

This is the first requested adjournment of the case management conference. No other scheduled dates will be affected by the requested adjournment.

Accordingly, for the reasons stated above, the Parties respectfully request that the case management conference be adjourned from April 16, 2024 to May 16, 2024, or the first date thereafter available to the Court.

The Parties also respectfully request that the deadline for filing a joint letter and proposed Civil Case Management Plan and Scheduling Order, currently due April 9, 2024, be continued until one week prior to the rescheduled case management conference.

Respectfully submitted,

*Michael Reese*

Michael R. Reese

cc:   All counsel of record, via CM/ECF