```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2024
```

# REESE LLP

**Via CM/ECF**
Honorable Margaret M. Garnett
United States Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

July 8, 2024

> Application GRANTED. It is hereby ORDERED that this case shall be stayed until **July 25, 2024**. Should the parties fail to file their settlement agreement and related materials by that date, an order of dismissal will follow, given the parties' settlement in principle. The Clerk of Court is respectfully directed to terminate Dkt. No. 47.
>
> SO ORDERED. Dated July 10, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re:   *Lipsett v. Banco Popular North America*
      Case No. 1:22-cv-03901-MMG

Dear Judge Garnett,

My firm, along with co-counsel, represent the Plaintiff and proposed class in the above-referenced action. Counsel for the Defendant has reviewed this letter and agrees to the relief requested in this letter.

As previously reported, after a full day of mediation in San Juan, Puerto Rico with the Honorable José Fusté (Ret.), the Parties reached a settlement in principle for a class settlement.

While the Parties have made considerable progress towards completing all the documents related to the Settlement (including, but not limited to, the Settlement Agreement as well as exhibits to the Settlement Agreement), the Parties need an additional two weeks to complete and file these documents.

The Parties had previously requested that they have until July 11, 2024 to submit the Settlement Agreement and supporting papers. This Court granted that request on May 10, 2024 (ECF No. 46). The Parties hereby request an additional extension of two weeks, extending the deadline from July 11, 2024 to July 25, 2024.

This is the second requested stay following the mediation. Other than the July 11, 2024 deadline to file the Settlement Agreement, no currently-scheduled dates will be affected by the requested stay.

Accordingly, for the reasons stated above, the Parties respectfully an extension of two weeks from July 11, 2024 to July 25, 2024 to file the Settlement Agreement and supporting paperwork.

Respectfully submitted,

Michael R. Reese

cc:   All counsel of record, via CM/ECF