UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE LIPSETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BANCO POPULAR NORTH AMERICA, d/b/a POPULAR COMMUNITY BANK<br><br>Defendant. | Case No.: 1:22-cv-03901-MMG |

**PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**

Plaintiff Frankie Lipsett ("Plaintiff"), on behalf of himself and all others similarly situated, hereby respectfully moves this Court for an order that:

1. Preliminarily certifies the settlement class for purpose of settlement;

2. Preliminarily approves the settlement agreement;

3. Appoints plaintiff Franke Lipsett as the class representative and his undersigned counsel as class counsel;

4. Approves the notice plan;

5. Appoints Epiq Class Action & Claims Solutions, Inc. as the settlement administrator and directs it to commence the notice plan; and

6. Schedules a fairness hearing to consider final approval of the settlement.

In support of this unopposed motion, Plaintiff relies on the attached memorandum of law, as well as the Declaration of Michael R. Reese, the Declaration of Cameron R. Azari of Epiq Class Action & Claims Solutions, Inc., and their supporting exhibits, and all documents filed therewith.

Dated: July 25, 2024                              Respectfully submitted,

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**KALIELGOLD PLLC**
Jeffrey Kaliel
*jkaliel@kalielpllc.com*
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783

*Counsel for Plaintiff and the Proposed Class*

1