```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE LIPSETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BANCO POPULAR NORTH AMERICA (d/b/a POPULAR COMMUNITY BANK),<br><br>Defendant. | 1:22-cv-03901-MMG<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's Order, Docket No. 62, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now **closed** for all other purposes.

IT IS SO ORDERED.

Dated: January 7, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge

1